Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiff was sustained.

No. 64520.—R. Greenspan & Co. v. United States, protest 59/28380 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of kleenex dispenser covers similar in all material respects to those the subject of *Quon Quon Company* v. *United States* (41 Cust. Ct. 178, C.D. 2038), the claim of the plaintiff was sustained.

No. 64521.—Arthur J. Humphreys et al. v. United States, protests 274875-K, etc. (Seattle).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of liquefied petroleum gas similar in all material respects to that the subject of *Arthur J. Humphreys* v. *United States* (43 Cust. Ct. 103, C.D. 2112), the claim of the plaintiffs was sustained.

No. 64522.—Border Brokerage Company v. United States, protests 312704-K, etc. (Seattle).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of liquefied petroleum gas similar in all material respects to that the subject of *Arthur J. Humphreys* v. *United States* (43 Cust. Ct. 103, C.D. 2112), the claim of the plaintiff was sustained.

No. 64523.—Arthur J. Humphreys v. United States, protest 321176-K (Seattle).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of liquefied petroleum gas similar in all material respects to that the subject of *Arthur J. Humphreys* v. *United States* (43 Cust. Ct. 103, C.D. 2112), the claim of the plaintiff was sustained.

No. 64524.—Isbrandtsen Co. of Calif. and Arthur J. Fritz & Co. v. United States, protest 59/3979 (San Francisco).